B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re  **A Plus Sewer & Water Co.**  Case No. **15-29123**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Alpine Leasing** <br> **PO Box 13008** <br> **Newport Beach, CA 92658** | **Alpine Leasing** <br> **PO Box 13008** <br> **Newport Beach, CA 92658** | | | **8,934.43** <br><br> **(0.00 secured)** |
| **Burbidge Concrete Pumping** <br> **PO Box 65571** <br> **Salt Lake City, UT 84165** | **Burbidge Concrete Pumping** <br> **PO Box 65571** <br> **Salt Lake City, UT 84165** | **Services** | | **1,369.07** |
| **Can Capital Assets** <br> **155 North 400 West Ste 315** <br> **Salt Lake City, UT 84103** | **Can Capital Assets** <br> **155 North 400 West Ste 315** <br> **Salt Lake City, UT 84103** | **Loan** | | **119,687.50** |
| **CAT Financial** <br> **PO Box 100648** <br> **Seattle, WA 98119-0647** | **CAT Financial** <br> **PO Box 100648** <br> **Seattle, WA 98119-0647** | | | **42,030.23** <br><br> **(0.00 secured)** |
| **Financial Pacific Leasing** <br> **3455 South 344th Way #300** <br> **Auburn, WA 98001-9546** | **Financial Pacific Leasing** <br> **3455 South 344th Way #300** <br> **Auburn, WA 98001-9546** | | | **47,868.67** <br><br> **(0.00 secured)** |
| **Harrison Properties** <br> **5112 North 40th St #105** <br> **Phoenix, AZ 85016** | **Harrison Properties** <br> **5112 North 40th St #105** <br> **Phoenix, AZ 85016** | **Building Lease** | | **5,624.17** |
| **Hibu Global** <br> **PO Box 8390** <br> **Metairie, LA 70011** | **Hibu Global** <br> **PO Box 8390** <br> **Metairie, LA 70011** | **Advertising** | | **1,138.92** |
| **Intermountain Testing Services** <br> **1955 West 5200 South** <br> **Roy, UT 84067** | **Intermountain Testing Services** <br> **1955 West 5200 South** <br> **Roy, UT 84067** | **Services** | | **1,517.30** |
| **Interstate Barricades** <br> **858 North McCormick Way** <br> **Layton, UT 84041** | **Interstate Barricades** <br> **858 North McCormick Way** <br> **Layton, UT 84041** | **Services** | | **561.87** |
| **Knight Capital** <br> **9 East Lockerman St, #3A-S43** <br> **Dover, DE 19901** | **Knight Capital** <br> **9 East Lockerman St, #3A-S43** <br> **Dover, DE 19901** | **Loan with UCC Lien** | | **52,170.00** <br><br> **(0.00 secured)** |
| **Les Schwab** <br> **2105 S Redwood Rd** <br> **Salt Lake City, UT 84119** | **Les Schwab** <br> **2105 S Redwood Rd** <br> **Salt Lake City, UT 84119** | **Charge Account** | | **5,264.68** |

B4 (Official Form 4) (12/07) - Cont.

In re **A Plus Sewer & Water Co.**     Case No. **15-29123**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Loan Me<br>1900 S State College Blvd #300<br>Anaheim, CA 92806 | Loan Me<br>1900 S State College Blvd #300<br>Anaheim, CA 92806 | Loan | | 13,500.00 |
| Pawnee Leasing<br>700 Centre Ave<br>CA 90526 | Pawnee Leasing<br>700 Centre Ave<br>CA 90526 | | | 34,080.00<br>(0.00 secured) |
| Peterson Plumbing<br>PO Box 340<br>Stockton, UT 84071 | Peterson Plumbing<br>PO Box 340<br>Stockton, UT 84071 | Services | | 14,698.99 |
| Pipe Line Supply<br>2970 E La Palma Ave #J<br>Anaheim, CA 92805 | Pipe Line Supply<br>2970 E La Palma Ave #J<br>Anaheim, CA 92805 | Charge Account | | 5,927.94 |
| Spartan Tools<br>1506 W Division St<br>Mendota, IL 61342 | Spartan Tools<br>1506 W Division St<br>Mendota, IL 61342 | Charge Account | | 770.83 |
| Staker Parsons<br>97 West 13490 South<br>Draper, UT 84020 | Staker Parsons<br>97 West 13490 South<br>Draper, UT 84020 | Services | | 42,024.40 |
| Standard Plumbing<br>PO Box 708490<br>Sandy, UT 84070 | Standard Plumbing<br>PO Box 708490<br>Sandy, UT 84070 | Charge Account | | 15,424.65 |
| Vision Technology Design & Manufacturing<br>2548 Paulsen Rd #B<br>Turlock, CA 95380 | Vision Technology Design & Manufacturing<br>2548 Paulsen Rd #B<br>Turlock, CA 95380 | Services | | 1,197.78 |
| WTA Services<br>5296 Commerce Dr #205<br>Salt Lake City, UT 84107 | WTA Services<br>5296 Commerce Dr #205<br>Salt Lake City, UT 84107 | Employee Obligations | | 14,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 29, 2015**     Signature **/s/ Jonathan Young**
                                                                           **Jonathan Young**
                                                                           **Owner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.